UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KEY EQUIPMENT FINANCE,**

    **Plaintiff,**

v.                                                        Case No: 5:20-cv-324-JSM-PRL

**SCHOOL DISTRICT SERVICES, INC.
and LILLY LUCKEY,**

    **Defendants.**

## ORDER

This cause came on for consideration of Plaintiff Key Equipment Finance's motion to compel judgment debtor to complete fact information sheet (Doc. 27). Plaintiff requests that the Court direct Defendant Lilly Luckey to complete under oath Florida Rule of Civil Procedure Form 1.977 (the "Fact Information Sheet"). Default judgment was previously entered in favor of Plaintiff and against Defendant Lilly Luckey in the amount $215,111.94. (Doc. 19). This is Plaintiff's second request for this type of relief. Previously, the Court directed Defendant Lilly Luckey to complete the Fact Information Sheet under oath. (Doc. 24).

Plaintiff now requests that the Court direct this Court enter an Order compelling the Judgment Debtor "to complete, execute before a notary, and transmit to [Plaintiff], within fifteen (15) days from the date of an order, a "Fact Information Sheet" that is complete, accurate, and truthful, in a manner consistent with Florida Rule of Civil Procedure 1.977." (Doc. 27). The judgment debtor, Lilly Luckey, has not appeared in this action, and the motion recites that Plaintiff's counsel attempted to contact via mail, but does not have a phone

number of email address for Defendant Luckey, and that Plaintiff's counsel has not been able to reach Defendant.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 27) is **GRANTED**. Defendant Lilly Lucky is directed to complete under oath, Florida Rule of Civil Procedure Form 1.977 (the "Fact Information Sheet"), including all required attachments (Doc. 27-1) and the attestation before a Notary, and serve it on counsel for Plaintiff within 15 days from the date of this Order, unless the final judgment is satisfied or post-judgment discovery is stayed.

**DONE** and **ORDERED** in Ocala, Florida on October 28, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties