UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KEY EQUIPMENT FINANCE,**

    **Plaintiff,**

v.                                                                                                            Case No: 5:20-cv-324-JSM-PRL

**SCHOOL DISTRICT SERVICES, INC.
and LILLY LUCKEY,**

    **Defendants.**

_____

### ORDER

This cause came on for consideration of Plaintiff Key Equipment Finance's motion to compel responses to a third-party subpoena duces tecum. (Doc. 31). Plaintiff recites that Mr. Michael Coy has failed to respond to a third-party subpoena served on September 28, 2021. Plaintiff also contends that Mr. Coy's failure to comply with his duty pursuant to Fed. R. Civ. P. 45 is sufficient grounds to hold him in contempt. Plaintiff requests that the Court enter an Order compelling Mr.Coy to respond to the third-party subpoena duces tecum and an Order to show cause why he should not be held in contempt.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 31) is **GRANTED**. **Within 30 days** of the entry date of this Order, Michael Coy is hereby compelled and directed to either respond to the subpoena duces tecum served upon him on September 28, 2001 or to file a written response to the Court showing cause why he should not be held in contempt for failing to comply with the third-party subpoena duces tecum. **Within 7 days** of the entry date of this Order, Plaintiff shall serve a copy of this order upon Mr. Coy, together with a copy of

- 2 -

the third-party subpoena, and shall then file a written notice confirming that service of the documents upon Mr. Coy has been completed.

**DONE** and **ORDERED** in Ocala, Florida on December 17, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties