## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KEY EQUIPMENT FINANCE,**

     **Plaintiff,**

**v.**                                      **Case No: 5:20-cv-324-JSM-PRL**

**SCHOOL DISTRICT SERVICES, INC.**
**and LILLY LUCKEY,**

     **Defendants.**

_____

### ORDER

This case is before the Court for consideration of Plaintiff Key Equipment Finance's motion to stay its motion for sanctions and contempt against Defendant Lilly Luckey and to continue the hearing currently scheduled for Friday, July 15, 2022. (Doc. 54).

As the motion recites, Plaintiff has been engaged in ongoing efforts to satisfy the judgment against Defendant/Judgment Debtor Lilly Luckey. Accordingly, Plaintiff has attempted to conduct post-judgment discovery but has not been successful. On February 1, 2022, Plaintiff filed a motion for sanctions and contempt against Lilly Luckey that is currently pending before the Court. (Doc. 36). Meanwhile, the Court has scheduled a series of show cause hearings regarding the pending motion for sanctions and contempt, but those hearings have been continued numerous times due to Plaintiff's inability to effect service on Lilly Luckey. (Doc. 37, 45 & 49).

Following a hearing held on May 17, 2022, the Court granted Plaintiff's request for additional time to serve Defendant Luckey and rescheduled the show cause hearing for July.

Plaintiff now recites that, despite past difficulties locating and serving Defendants, Plaintiff's counsel has finally been contacted by Ivery Luckey, a registered agent for Defendant School District Services, Inc. and Lilly Luckey's son. Plaintiff's motion recites that Ivery Luckey has expressed willingness to comply with the Court's prior orders and that, therefore, imposition of sanctions and contempt would be inappropriate. Plaintiff therefore requests that the Court stay the pending motions and the sanctions hearing currently scheduled for July 15, 2022 for a period of 30 days. While the Court acknowledges Plaintiff's preference to stay the pending motion, in light of the overall circumstances (including the length of time Plaintiff's sanctions motion has been pending, the current new information regarding Ivery Luckey, and the Court's need to effectively manage its docket), Plaintiff's motion is due to be denied without prejudice at this time.

Accordingly, upon due consideration, Plaintiff's motion to stay the pending motion for contempt and the hearing scheduled for July 15, 2022 (Doc. 54) and Plaintiff's motion for sanctions and contempt against Lilly Luckey (Doc. 36) are DENIED without prejudice to Plaintiff's right to renew its requests for relief at a future time. The hearing currently scheduled for July 15, 2022 is cancelled at this time, but may be rescheduled for a future date if necessary due to any party's continued lack of compliance with Court orders. The Clerk is directed to mail a copy of this Order to defendants at their last known address.

**DONE** and **ORDERED** in Ocala, Florida on July 14, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties